## WINTER-LOEB GROCERY CO. V. RHEA.
(Decided May 9, 1911.)

APPEAL from Montgomery City Court.

Heard before Hon. WILLIAM H. THOMAS.

No counsel marked for either party.

Per curiam. Dismissed on motion of appellant.

---

## CRANE V: THE STATE.
(Decided May 16, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. ROBERT C. BRICK-
ELL, Attorney General, for the State.

SAYRE, J.—Reversed and remanded on the authority
of *Harris v. The State*, 172 Ala. 413; 55 South. 609.

---

## MILLER, TREASURER, V. PAYNE..
(Decided Jan. 30, 1911.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

J. D. PAYNE was appointed by the judges of the city
court of Birmingham to act as bailiff of said court, and
the county treasurer having refused to pay his monthly
salary, he applied for and obtained a mandamus requir-
ing him to pay such salary. The case of *Miller v. Grif-
fith*, was brought by Griffith as the appointee of the
sheriff, and not of the judges.

NATHAN L. MILLER,. and NEEDHAM A. GRAHAM, for
appellant. No counsel marked for appellee.

SIMPSON, J.—Affirmed on authority of *Miller v. Grif-
fith*, 171 Ala. 337, 54 South. 650.

DOWDELL, C. J., McCLELLAN and MAYFIELD, J., con-
curring.